CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
           Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Anthony Bell**,<br><br>        Plaintiff,<br><br>    v.<br><br>**Ramin Bral;**<br>**Kimleang Say**; and Does 1-10,<br><br>        Defendants. | **Case:** 2:15-CV-06171-DSF-PJW<br><br>**Plaintiff's Notice of and Motion to Amend Judgment [FRCP 59(e)]**<br><br>Date:   November 7, 2016<br>Time:   1:30 p.m.<br>Ctrm:   840<br><br>Hon. Judge Dale S. Fischer |

   To all parties and to their attorneys of record:

   PLEASE TAKE NOTICE that Plaintiff hereby moves to amend the judgment in favor Defendant to remove the provision entitling Defendant to costs of suit. The motion will be heard in the courtroom of the Honorable Dale S. Fischer of the above captioned court located at 255 E. Temple St. at 1:30 p.m. on November 7, 2016. The motion will be based on this notice, the memorandum of points and authorities in support of this motion, all papers

and records on file herein, and any other such oral or documentary evidence that may be presented at the hearing or this motion.

This motion is made following the conference of counsel pursuant to Local rule 7-3, which took place on September 28, 2016.

Dated: October 10, 2016        CENTER FOR DISABILITY ACCESS


By: /s/ Isabel Rose Masanque
Isabel Rose Masanque
Attorneys for Plaintiff