UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BELL, | Case No.: CV15-6171 DSF (PJWx) |
| Plaintiff, | |
| v. | AMENDED JUDGMENT |
| RAMIN BRAL; et. al, | |
| Defendants. | |
| _____ | |

    The Court having granted the motion for summary adjudication by Defendant Kimleang Say, and having previously dismissed Defendant Ramin Bral with prejudice subject to an agreement that Kimleang Say not take the position at trial, or during any other stage of proceedings in this case, that the violations/breaches that were the subject of Plaintiff's First Amended Complaint were the result of any act, omission, or breach of duty by Ramin Bral, and having dismissed the state law claims without prejudice pursuant to 28 U.S.C. § 1367(c),

IT IS ORDERED AND ADJUDGED that the Plaintiff Anthony Bell take nothing and that each party shall bear its own costs.

Dated: 10/26/16

Dale S. Fischer
United States District Judge