UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | |
|---|---|
| Case No. | CV 15-6171 DSF (PJWx) |
| Title | Anthony Bell v. Ramin Bral, et al. |
| Date | 10/26/16 |

Present: The Honorable DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Plaintiff Anthony Bell's Motion to Amend Judgment (Dkt. 86)

Plaintiff Anthony Bell's Motion to Amend Judgment was filed on October 10, 2016. No opposition has been filed. The Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78; Local Rule 7-15. The hearing set for November 7, 2016 is removed from the Court's calendar.

The Court deems the lack of opposition to be consent to the motion. L.R. 7-12; see also Ghazali v. Moran, 46 F.3d 52 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1994). The motion to amend the judgment is GRANTED.

IT IS SO ORDERED.